UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                         )
DAVID R. HOSE,                           )
                                         )
            Plaintiff,                   )
                                         )
      v.                                 )      Civil Action No. 07-1805 (PLF)
                                         )
UNITED STATES OF AMERICA,                )
                                         )
            Defendant.                   )
_____)


ORDER

      For the reasons stated in the Memorandum Opinion issued this same day, it is

hereby

      ORDERED that defendant's motion to dismiss the complaint [9] is GRANTED.

The complaint will be DISMISSED; and it is

      FURTHER ORDERED that the Clerk of this Court shall remove this case from

the docket of this Court.  This is a final appealable order.  See FED. R. APP. P. 4(a).

      SO ORDERED.


                              /s/_____
                              PAUL L. FRIEDMAN
                              United States District Judge

DATE:  March 31, 2009